U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUN 18 A 8: 30

CLERK
CDC
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

Annika Green,

        Plaintiffs,

        v.

Steven Tiersch et al,

        Defendants.

Civil Action No. 26–cv–128

## ORDER

On or before June 25, 2026, Defendants Steven Tiersch, Town of Berlin VT, and Berlin Select Board shall return executed their Magistrate Judge Assignment Forms in accordance with Local Rule 73(c).

Dated at Burlington, in the District of Vermont, this 18th day of June 2026.

_____
Kevin J. Doyle
United States Magistrate Judge